UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLARENCE WILLIAMS,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

No. C 19-02988 WHA

**ORDER RE MOTION FOR CERTIFICATE OF APPEALABILITY AS TO ORDER RE EXCLUSION OF EVIDENCE UNDER WIRETAP ACT**

    The motion to certify under Section 1292(b) is **DENIED**. We are dealing with an evidentiary issue. There is enough evidence to go to trial even if the recording is excluded. The appeal now will not materially advance the termination of litigation. *See Lerner v. Atlantic Richfield Co.*, 690 F.2d 203, 211 (Temp. Emer. Ct. App. 1982).

    **IT IS SO ORDERED.**

Dated: April 8, 2021.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE